AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| DIANA ZUNIGA, MARTHA ZUNIGA, ANCIETO ZUNIGA-FELAN and MARCI WILLIAMS<br><br>*Plaintiff(s)*<br><br>v.<br><br>COUNTY OF BASTROP BASTROP COUNTY SHERIFF'S OFFICE SHERIFF MAURICE COOK<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:22-cv-559 -LY |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  COUNTY OF BASTROP
c/o PAUL PAPE, COUNTY JUDGE
804 PECAN STREET
BASTROP, TX 78602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  L. James Wood of
THE JAMES WOOD LAW FIRM, PLLC
500 W. 2nd Street, Suite 1900
Austin, Texas 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date:  06/09/2022

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:22-cv-559-LY

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   County of Bastrop

was received by me on *(date)*   06/09/2022   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Paul Pape, County Judge   , who is

designated by law to accept service of process on behalf of *(name of organization)*   County of Bastrop at

804 Pecan Street, Bastrop, Texas at 9:26 a.m.   on *(date)*   06/10/2022   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $   15.00   for travel and $   130.00   for services, for a total of $   145.00   .

I declare under penalty of perjury that this information is true.

Date:   06/10/2022

_____
*Server's signature*

Kevin Blandford, Process Server
*Printed name and title*


P.O. Box 937, Austin, Texas 78767
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | | |
|---|---|---|
| DIANA ZUNIGA, MARTHA ZUNIGA, ANCIETO ZUNIGA-FELAN and MARCI WILLIAMS | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.  1:22-cv-559 -LY |
| COUNTY OF BASTROP BASTROP COUNTY SHERIFF'S OFFICE SHERIFF MAURICE COOK | ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BASTROP COUNTY SHERIFF'S OFFICE
c/o MAURICE COOK, SHERIFF
200 JACKSON STREET,
BASTROP, TX 78602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  L. James Wood of
THE JAMES WOOD LAW FIRM, PLLC
500 W. 2nd Street, Suite 1900
Austin, Texas 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, PHILIP J. DEVLIN*

Date:        06/09/2022



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-559-LY

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Bastrop County Sheriff's Office

was received by me on *(date)*   06/09/2022   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Maurice Cook, Sheriff   , who is

designated by law to accept service of process on behalf of *(name of organization)*   Bastrop County Sheriff's

Office at 200 Jackson Street, Bastrop, Texas at 9:34 a.m.   on *(date)*   06/10/2022   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $   15.00   for travel and $   85.00   for services, for a total of $   100.00   .

I declare under penalty of perjury that this information is true.

Date:   06/10/2022

_____
*Server's signature*

Kevin Blandford, Process Server
*Printed name and title*


P.O. Box 937, Austin, Texas 78767
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| DIANA ZUNIGA,<br>MARTHA ZUNIGA,<br>ANCIETO ZUNIGA-FELAN and MARCI WILLIAMS | ) ) ) ) | |
| *Plaintiff(s)* | ) ) ) | Civil Action No.  1:22-cv-559 -LY |
| v. | ) | |
| COUNTY OF BASTROP<br>BASTROP COUNTY SHERIFF'S OFFICE<br>SHERIFF MAURICE COOK | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MAURICE COOK, SHERIFF
200 JACKSON STREET,
BASTROP, TX 78602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  L. James Wood of
THE JAMES WOOD LAW FIRM, PLLC
500 W. 2nd Street, Suite 1900
Austin, Texas 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, PHILIP J. DEVLIN*

Date:  _____06/09/2022_____



_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:22-cv-559-LY

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   BastrSheriff

was received by me on *(date)*          06/09/2022            .

☑ I personally served the summons on the individual at *(place)*  200 Jackson Street, Bastrop, Texas

at 9:34 a.m.                                                on *(date)*      06/10/2022      ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $     15.00     for travel and $     85.00     for services, for a total of $     100.00     .


I declare under penalty of perjury that this information is true.


Date:     06/10/2022

_____
Server's signature

Kevin Blandford, Process Server
Printed name and title


P.O. Box 937, Austin, Texas 78767
Server's address

Additional information regarding attempted service, etc: