UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DIANA ZUNIGA, Individually, as Heir at Law, and as Representative of the Estate of DANIEL ZUNIGA, JR., Deceased; MARTHA ZUNIGA, as Natural Mother and Wrongful Death Beneficiary of DANIEL ZUNIGA, JR., Deceased; ANCIETO ZUNIGA FELAN, as Natural Child and Wrongful Death Beneficiary of DANIEL ZUNIGA, JR., Deceased; and MARCI WILLIAMS, as Natural Child and Wrongful Death Beneficiary of DANIEL ZUNIGA, JR., Deceased, <br><br> *Plaintiffs*, <br><br> v. <br><br> COUNTY OF BASTROP, TEXAS, BASTROP COUNTY SHERIFF'S OFFICE, and SHERIFF MAURICE COOK, <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § | No. 1:22-cv-00559-DAE |

ORDER DISMISSING CASE WITH PREJUDICE

The Court has before it the Joint Stipulation of Dismissal With

Prejudice filed by Plaintiffs Diana Zuniga, Martha Zuniga, Ancieto Zuniga-Felan,

1

and Marci Williams ("Plaintiffs") and Defendants County of Bastrop, et al. ("Defendants") on January 13, 2025. (Dkt. # 30.) The Court is of the opinion that such Stipulation is well taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that all claims asserted or that could have been asserted by Plaintiffs in this action are hereby **DISMISSED WITH PREJUDICE**, with each Party bearing their own attorney's fees and costs.

The Clerk is **INSTRUCTED TO CLOSE THE CASE**.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, January 14, 2025.

_____
David Alan Ezra
Senior United States District Judge